**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BARTOSZ GRABOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-CV-5069 |
| | ) | |
| v. | ) | |
| | ) | Hon. John Z. Lee |
| DUNKIN' BRANDS, INC. | ) | |
| | ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

## PARTIES' JOINT RULE 41(a)(1)(A)(ii) DISMISSAL

The parties, through their attorneys, hereby submit their joint Rule 41(a) Dismissal. In support thereof, the parties state as follows:

1. The Parties have settled this matter on an individual basis.

2. The Parties stipulate to dismissal of this case with prejudice pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its own costs and fees (including attorneys' fees).

WHEREFORE, the Parties request this Court enter dismissal of this case with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted,                                             Respectfully submitted,

/s/ James X. Bormes                                                 /s/ Sean Morris
One of Plaintiff's Attorneys                                        One of Defendant's Attorneys

James X. Bormes                                                     Sean Morris (*pro hac vice*)
Catherine P. Sons                                                   Arnold & Porter Kaye Scholer LLP
Law Office of James X. Bormes, P.C.                                 777 South Figueroa Street
8 South Michigan Avenue                                             44th Floor
Suite 2600                                                          Los Angeles, CA 90017
Chicago, Illinois 60603                                             (213) 243-4000
(312) 201-0575                                                      sean.morris@apks.com
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

| | |
|---|---|
| Thomas M. Ryan<br>Law Office of Thomas M. Ryan, P.C.<br>35 East Wacker Drive<br>Suite 650<br>Chicago, Illinois 60601<br>(312) 726-3400<br>tom@tomryanlaw.com<br><br>*Attorneys for Plaintiff* | Jeffrey M. Wagner<br>Emily Newhouse Dillingham<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street<br>Suite 4200<br>Chicago, Illinois 60602<br>(312) 583-2300<br>jeffrey.wagner@apks.com<br>emily.dillingham@apks.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on this 2nd day of October, 2018, he caused the foregoing Parties' Joint Initial Status Report to be filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                    /s/ James X. Bormes
                                                One of Plaintiff's Attorneys